1  FOLEY & LARDNER LLP
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TELEPHONE:    415.434.4484
   FACSIMILE:     415.434.4507

3  JOHN H. DOUGLAS, CA BAR NO. 178966
   (JDOUGLAS@FOLEY.COM)
   KRISTY KUNISAKI, CA BAR NO. 241005
4  (KKUNISAKI@FOLEY.COM)
   Attorneys for Defendant John Muir Health,
5  a California corporation

   Harvey Sohnen (SBN 62850) netlaw@pacbell.net
6  Patricia M. Kelly (SBN 99837) patriciakelly@pacbell.net
   **Law Offices of Sohnen & Kelly**
7  2 Theatre Square, Suite 230
   Orinda, CA 94563
   Tel: (925) 258-9300
8  Fax: (925) 258-9315

   Attorneys for Plaintiff
9  NICOLE DART

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE DART,<br><br>         Plaintiff,<br><br>    vs.<br><br>JOHN MUIR HEALTH, a California Corporation,<br><br>         Defendant.<br>_____/ | Case No. C09-0559 PJH<br><br>**STIPULATED REQUEST FOR STAY OF CASE PROCEEDINGS PENDING SETTLEMENT; [P~~ROPOSED~~] ORDER THEREON** |

Pursuant to the briefing schedule set by this Court, Plaintiff filed a Motion to Remand and Request for Just Costs on June, 25, 2009; opposition papers were filed July 9, 2009; and reply papers filed July 16, 2009. At mediation on July 21, 2009, the parties reached an

---

Request For Stay on Ruling on Motion to Remand          Case No. C09-0559 PJH

1  agreement to settle the matter, and final settlement papers are being drafted.  The parties

2  anticipate that the settlement will be finalized shortly pursuant to the basic terms agreed to on

3  July 21, 2009, and a dismissal filed within two (2) weeks.  Accordingly, in order to prevent

4  unnecessary use of judicial resources, the Parties respectfully request that the matter be stayed

5  at this time, and any decision on Plaintiff's Motion to Remand and Request for Just Costs be

6  held in abeyance, through August 7, 2009, with the idea that the lawsuit will be dismissed with

7  prejudice by then.  If the lawsuit has not been dismissed with prejudice by then, the Plaintiff

8  will notify the Court and request a decision on the Motion.

DATED: July 23, 2009                    LAW OFFICES OF SOHNEN & KELLY

By: _____
    Harvey Sohnen
    Attorneys for Plaintiff
    Nicole Dart

Dated:  July 23, 2009                   FOLEY & LARDNER LLP
                                        JOHN H. DOUGLAS

BY:      /S/ JOHN H. DOUGLAS
         Attorneys for Defendant
         John Muir Health,
         a California corporation

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED**

7/24/09                                 BY: _____
                                        PHYLLIS J. HAMILTON
                                        Judge, United States District Court

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

2
Request For Stay on Ruling on Motion to Remand                    Case No. C09-0559 PJH
SFCA_1598204.1