HARVEY SOHNEN (SBN 62850)
PATRICIA M. KELLY (SBN 99837)
LAW OFFICES OF SOHNEN & KELLY
2 Theatre Square, Suite 230
Orinda, California 94563-3346
Telephone:  (925) 258-9300
Facsimile:   (925) 258-9315

Attorneys for Plaintiff
NICOLE DART

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **NICOLE DART,** | **Case No. C09-0559 PJH** |
| **Plaintiff,** | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT FOR DAMAGES** |
| **JOHN MUIR HEALTH, a California Corporation,** | |
| **Defendant.** / | |

## STIPULATION

WHEREAS Plaintiff filed the subject lawsuit on June 19, 2008, in the Superior Court of the State of California in and for the County of Contra Costa, Case No. C08-01604; and

WHEREAS Defendant removed this lawsuit to the United States District Court, Northern District of California, on February 6, 2009, and the lawsuit has since been designated Case No. C09-0559 PJH; and

WHEREAS Defendant and Plaintiff have entered into an agreement to resolve this

lawsuit (the "Agreement");

It is hereby stipulated by and between Plaintiff NICOLE DART, and Defendant JOHN MUIR HEALTH, through their attorneys of record, as follows:

1. Plaintiff's Complaint for Damages is to be dismissed with prejudice;

2. In accordance with the Parties' Agreement, each party shall bear their own attorney's fees and costs.

SO STIPULATED.

DATE:  August 3, 2009                                FOLEY & LARDNER LLP
                                                    JOHN DOUGLAS
                                                    KRISTY KUNISAKI


                                                    By:    /s/ John H. Douglas
                                                        JOHN H. DOUGLAS
                                                        Attorneys for Defendant John Muir Health
                                                        A California Corporation


DATED: August 3, 2009                                LAW OFFICES OF SOHNEN & KELLY

                                                    By: _____
                                                         Patricia M. Kelly
                                                         Attorneys for Plaintiff
                                                         Nicole Dart

//
//
//
//
//
//
//

1  //

2  //

3  **ORDER**

4  Upon reading the foregoing stipulation and good cause appearing:

5  IT IS ORDERED THAT:

6  1.  The Complaint for Damages filed by Nicole Dart against John Muir Health on June 19, 2008, in the Superior Court of the State of California in and for the County of Contra Costa, Case No. C08-01604 and removed to the United States District Court, Northern District of California, on February 6, 2009, Case No. C09-0559 PJH, is hereby dismissed with prejudice;

11  2.  In accordance with the Parties' Agreement, each party shall bear their own attorney's fees and costs.

14  DATED: August __4__, 2009          By: _____
                                            Phyllis J. Hamilton
                                            United States District Judge



IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

3

Stipulation and Order for Dismissal Complaint          Case No. C09-0559 JPH

SFCA_1602268.1